**ORIGINAL**   *Judge Pauley*

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

DR. STEVEN E. ROBBINS,
Plaintiff,

V.

H.H. BROWN SHOE COMPANY, INC.
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 6885

TO: (Name and address of Defendant)

H.H. BROWN SHOE COMPANY, INC.
124 W. PUTNAM AVENUE
GREENWICH, CT 06830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, NY 10017
(212) 957-7600

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          JUL 31 2008

CLERK                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                     Date                         *Signature of Server*

                                    _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DISTRICT OF NEW YORK
-----------------------------------------------------------------------X AFFIDAVIT OF SERVICE
DR. STEVEN E. ROBBINS                          CASE # 08-CV-6885
                              PLAINTIFF,
        - against -

H.H. BROWN SHOE COMPANY, INC
                              DEFENDANT.
-----------------------------------------------------------------------X
STATE OF NEW YORK    )
                     ) ss.:
QUEENS COUNTY        )

      Andrew Bartley, being duly sworn, deposes and says: Deponent is not a party to this action, and is over 18 years of age.

      On August 27, 2008, at approximately 1:23 p.m., at 124 W. Putnam Avenue, Greenwich, CT 06830., Deponent served the within Summons In A Civil Case, Complaint for Patent Infringement and Demand for Jury Trial, Individual Practices of Judge William H. Pauley III, Electronic Case Filing Rules & Instructions, upon: **H.H. Brown Shoe Company, Inc.,** by delivering to and leaving with Alicia Toscano, the V.P. of Human Resources, a true and correct copy of said documents. At the time of said service, Alicia Toscano, stated that she is duly authorized to accept service of legal documents behalf of H.H. Brown Shoe Company, Inc.

      Alicia Toscano is described a white female, approximately 42-47 yrs. of age, 150-160 lbs., 4'9" tall, with blonde hair.

------------------------------------
Andrew Bartley
Lic#: 0848223

Sworn to before me this
September 3, 2008

*Karlene S. Jackson*
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens Cty; New York Cty
Commission Expires November 17, 2009